IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER LEE RASMUSSEN,<br><br>Defendant. | CR 22–11–BU–DLC<br><br><br><br>ORDER |

Before the Court is the United States' Motion for Issuance of a Preliminary Order of Forfeiture. (Doc. 27.) The operative indictment in this case contains a forfeiture allegation (Doc. 2), and on June 22, 2022, Mr. Rasmussen was adjudged guilty as charged in Count I of the Indictment. This conviction provides a factual basis and cause to issue a forfeiture order, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 27) is GRANTED.

IT IS FURTHER ORDERED that Mr. Rasmussen's interest in the following property is forfeited to the United States, in accordance with 18 U.S.C. § 924(d):

- Ruger, model SR-22, .22 caliber short-barreled rifle, SN: 280-20932;
- 71 rounds of assorted ammunition multi caliber; and
- 24 Rounds assorted ammunition .22 caliber.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to seize the property subject to forfeiture and further to make a return as provided by law.

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General of the United States may direct, pursuant to 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, this Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 22nd day of June, 2022.

_____
Dana L. Christensen, District Judge
United States District Court